IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.<br><br>    Defendant.<br>_____ / | No. C 07-00460 WHA<br><br>**ORDER RE NOTICE OF NEED FOR MEDIATION** |

Parties have not complied with the scheduling order for cases under the Americans with Disabilities Act (Doc. No. 2). Pursuant to General Order No. 56, parties must file a notice of need for mediation no later than **FRIDAY, JUNE 29, 2007, AT NOON**. If such notice is not filed by the deadline, the Court will set a case management conference at which further deadlines will be set.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE