1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs CRAIG YATES
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8
                  UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10

11  CRAIG YATES, an individual; and        )   **CASE NO. C07-0460-WHA**
    DISABILITY RIGHTS, ENFORCEMENT,        )
    EDUCATION, SERVICES:HELPING YOU        )   **STIPULATION AND [PROPOSED]**
12  HELP OTHERS, a California public benefit )  **ORDER CONTINUING THE CASE**
    corporation,                           )   **MANAGEMENT CONFERENCE**
13                                         )
           Plaintiffs,                     )
14                                         )
    v.                                     )
15                                         )
    PETCO ANIMAL SUPPLIES STORES,          )
16  INC., a Delaware corporation,          )
                                           )
17         Defendant.                      )
    _____ )
18

19       The parties, by and through counsel, stipulate to and respectfully request a continuance of

20  the Case Management Conference to a date after October 30, 2007, so that the parties can

21  participate in the mediation session already scheduled with the Court's Alternative Dispute

22  Resolution Office.

23       Pursuant to General Order No. 56, on June 27, 2007, counsel for plaintiffs filed a Notice

24  for Need for Mediation. Thereafter, the matter was referred to mediation and Daniel Bowling of

25  the Court's ADR Office was assigned as the parties' mediator. On July 26, 2007, Mr. Bowling

26  and counsel conducted a telephonic conference wherein the parties' respective settlement

27  positions were discussed at length. It was agreed during that conference that a formal mediation

28  would be scheduled on a date mutually convenient to the parties and Mr. Bowling. After further

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE            1

1  communications, and accommodating various vacation and trial schedules, the mediation was set
2  for October 30, 2007.
3       In light of the parties' scheduled mediation, and in an effort to avoid any undue
4  escalation of the fees and costs associated with this matter, the parties ask that the Court continue
5  the Case Management Conference to a date after mediation on October 30, 2007.
6       IT IS SO STIPULATED.

7  Dated: September 11, 2007    THOMAS E. FRANKOVICH
                                         *A PROFESSIONAL LAW CORPORATION*

                                        By:   /s/
                                                Jennifer L. Steneberg
                                        Attorneys for Plaintiffs CRAIG YATES and
                                        DISABILITY RIGHTS ENFORCEMENT, EDUCATION
                                        SERVICES

Dated: September 10, 2007    LAFAYETTE & KUMAGAI LLP

                                        By:   /s/
                                                Eric R. DeWalt
                                        Attorneys for Defendant PETCO ANIMAL SUPPLIES
                                        STORES, INC.

## **ORDER**

     IT IS SO ORDERED that the Case Management Conference set for October 11, 2007, is continued to  November 8 , 2007, at 11:00 a.m.  The parties shall file a Joint Case Management Statement at no later than seven days prior to the Conference. Please note there will be no further continuances.

Dated:  September 11 , 2007                                   
                                        Hon. William Alsup
                                        UNITED STATES DISTRICT JUDGE