IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual, and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION, SERVICES:  HELPING
YOU HELP OTHERS, a California
public benefit corporation,

      Plaintiffs,

  v.

PETCO ANIMAL SUPPLIES STORES,
INC., a Delaware corporation,

      Defendant.

                                    /

No. C 07-00460 WHA

**ORDER RE PARTIES'
NOTICE OF SETTLEMENT**

      The Court acknowledges and thanks counsel for filing the notice of settlement.

Please note that all deadlines remain in place until a dismissal is filed.

      **IT IS SO ORDERED.**

Dated: October 3, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE