IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES, an individual, and
DISABILITY RIGHTS, ENFORCEMENT,
EDUCATION, SERVICES: HELPING
YOU HELP OTHER, a California public
benefits corporation,

    Plaintiffs,

  v.

PETCO ANIMAL SUPPLIES STORES,
INC., a Delaware corporation,

    Defendant.
                                      /

No. C 07-00460 WHA

**ORDER DENYING REQUEST
TO CONTINUE CASE
MANAGEMENT CONFERENCE**

      The Court acknowledges and thanks the parties' notice of settlement of the captioned matter. Please note that until a dismissal is filed, all deadlines remain in place. The parties' request to continue the case management conference for 45 days is **DENIED**. The case management conference will be vacated if a dismissal is filed on or before that date.

      **IT IS SO ORDERED.**

Dated: November 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE