1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:  415/674-9900

5

6  Attorneys for Plaintiffs CRAIG YATES
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation, <br><br> Defendant. | **CASE NO. C07-0460-WHA** <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of

///

///

///

///

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                                                         1

the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

Dated: December 28, 2007 THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Jennifer L. Steneberg
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES

Dated: December 28, 2007 LAFAYETTE & KUMAGAI LLP

By: /s/
Eric R. DeWalt
Attorneys for Defendant PETCO ANIMAL SUPPLIES STORES, INC.

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: January 2, 2008. , ~~2007~~  _____
Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup